LERATJJAREANRA-O-KELLY
IDOC # 64374
IMSI A-1 31
PO BOX 51
BOISE, IDAHO 83707

Plaintiff

U.S. COURTS

MAY 24 2010

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LERATJJAREANRA-O-KELLY, | CASE NO. 10-0263-CV MHW |
| Plaintiff, | |
| VS | |
| JEFFEREY D. ZMUDA ET. AL., | PRISONER CIVIL RIGHTS COMPLAINT |
| BRENT REINKE, | |
| PAM SONNEN, | |
| DEBBIE WEEDON, | |
| LORI BRISBIN, | |
| JAMES LOUCK, | |
| KEVIN BUTLER, | JURY TRIAL DEMANDED |

COMPLAINT - 1

JAY CHRISTENSEN,

JOHN HARDISON,

MICHAEL JOHNSON,

KEITH HOWARD YORDY,

JOHANNA SMITH,

JEFFREY HENRY,

JIMMIE CROSBY,

RODNEY W. SCHLIENZ,

ALAN LEE,

VERNON GREENLAND,

TIMOTHY RICHARDSON,

GUY JENKINS,

SARAH LINK,

JARED MORRISON,

ALICIA CARVER,

JENNIFER BAZER,

L      YOUNG,

SHANNON NICHOLS,

VICKY HANSEN,

KIM SPAULDING,

COMPLAINT - 2

AMBROSE RICHARDSON,

GARTH LYONS,

DAVID UEHLING,

DALE JONES,

GLENN MCNALLY,

GABE BROCK,

ADREA THOMAS,

SHAWN TODD,

JUSTIN MAY,

MARK ABELLO

KIM BAUSCH
HORACE STEWART
~~CORRECTIONAL OFFICER~~ ~~HORACE STEWART~~

~~CORRECTIONAL OFFICER CHRISTY~~

JIMMY CHRISTY

JOHN & JANE DOES 1-20 CITIZENS OF IDAHO
EMPLOYEES OF THE STATE OF IDAHO BOARD
OF CORRECTION AND IDAHO DEPARTMENT
OF CORRECTIONS,

                    Defendants.

COMPLAINT — 3

A. PARTIES

1. WERAJDAREWNRA-OKEUR is a citizen of Idaho
(Plaintiff)                                                    (State)
presently residing at Idaho Maximum Security Institution (IMSI) P.O. Box 51.
Boise, Idaho 83707 (Mailing address or place of confinement)

2. Defendant JEFFEREY D. ZMUDA is a citizen of Idaho
(Name of first defendant)                              (State)
whose address is IMSI ,

and who is employed as Acting Warden for IMSI and Deputy Chief of Prisons .
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___No. If your answer if "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual and official capacities

acting pursuant to policy or custom.

3. Defendant BRENT REINKE is a citizen of Idaho
(Name of second defendant)                            (State)
whose address is IDOC. 1299 N. Orchard    Boise, Idaho 83706 ,

and who is employed as Director of Prison IDOC .
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual and official capacities

acting pursuant to policy or custom.

4. Defendant PAUL SONNEN is a citizen of Idaho
(Name of first defendant)                              (State)
whose address is IDOC 1299 N. Orchard    Boise, Idaho 83706,

and who is employed as Chief of Division of Prisons IDOC .
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___No. If your answer if "Yes," briefly explain: Employee of
the State of Idaho. She is sued in her individual and official capacities
the State acting pursuant to policy or custom.

COMPLAINT — 4

5. Defendant __DEBBIE WEEDON__ is a citizen of __Idaho__
(Name of first defendant)                              (State)
whose address is __IDOC, 1299 N. Orchard      Boise, Idaho 83706__,

and who is employed as __PREA Coordinator__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer if "Yes," briefly explain: __Employee of__

__the State of Idaho. She is sued in her individual and/or official__

__capacity acting pursuant to policy or custom (related to injunction & PREA removal)__

6. Defendant __LORI BRISBIN__ is a citizen of __Idaho__
(Name of second defendant)                            (State)
whose address is __1299 N. Orchard      Boise, Idaho 83706__,

and who is employed as __a investigator for IDOC__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain: __Employee of__

__the State of Idaho. She is sued in her individual and/or official__

__capacity acting pursuant to policy or custom ( related to injunction PREA removal)__

7. Defendant __JAMES LOUCK__ is a citizen of __Idaho__
(Name of second defendant)                            (State)
whose address is __1299 N. Orchard      Boise, Idaho 83706__,

and who is employed as __Chief investigator for IDOC__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain: __Employee of__

__the State of Idaho. He is sued in his individual and/or official__
__capacity acting pursuant to policy or custom.__

COMPLAINT — 5

8. Defendant KEVIN BUTLER is a citizen of Idaho
(Name of first defendant)    (State)

whose address is 1299 N. Orchard    Boise, Idaho 83706,

and who is employed as Program Coordinator.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer if "Yes," briefly explain: Employee of

State of Idaho. He is sued in his individual and/or official

capacity acting pursuant to policy or custom.

9. Defendant JAY CHRISSTENSEN is a citizen of Idaho
(Name of second defendant)    (State)

whose address is Unknown to plaintiff at this time,

and who is employed as former Deputy Warden of IMSI.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual and official capacities

acting pursuant to policy or custom.

10. Defendant JOHN HARDISON is a citizen of Idaho
(Name of second defendant)    (State)

whose address is Unknown to plaintiff at this time,

and who is employed as former Warden of IMSI.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual and official capacities

acting pursuant to policy or custom.

COMPLAINT — 6

11. Defendant MICHAEL JOHNSON is a citizen of Idaho
(Name of first defendant)                                     (State)
whose address is IMSI

and who is employed as Deputy Warden of IMSI
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer if "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual and official

capacities acting pursuant to policy or custom.

12. Defendant KEITH HOWARD YORDY is a citizen of Idaho
(Name of second defendant)                                    (State)
whose address is IMSI

and who is employed as Deputy Warden at IMSI
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual and official

capacities acting pursuant to policy or custom.

13. Defendant JOHANNA SMITH is a citizen of Idaho
(Name of second defendant)                                    (State)
whose address is Unknown to plaintiff at this time

and who is employed as former Warden of IMSI
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. She is sued in her individual and official

capacities acting pursuant to policy or custom.

COMPLAINT — 7

14. Defendant __JEFFREY HENRY__ is a citizen of __Idaho__
(Name of first defendant)                                          (State)
whose address is __unknown to plaintiff at this time__,

and who is employed as __Former Warden of IMSI__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_Yes ____No. If your answer if "Yes," briefly explain: __Employee of__

__the State of Idaho. He is sued in his individual and official__

__capacities pursuant to policy or custom.__

15. Defendant __JOHNNIE CROSBY__ is a citizen of __Idaho__
(Name of second defendant)                                  (State)
whose address is __IMSI__,

and who is employed as __Deputy Warden of IMSI__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_Yes ____No. If your answer is "Yes," briefly explain: __Employee of__

__the State of Idaho. He is sued in his individual and official__

__capacities pursuant to policy or custom.__

16. Defendant __RODNEY W SCHLIENZ__ is a citizen of __Idaho__
(Name of second defendant)                                  (State)
whose address is __IMSI__,

and who is employed as __Lieutenant at IMSI__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_Yes ____No. If your answer is "Yes," briefly explain: __Employee of__

__the State of Idaho. He is sued in his individual and/or official__
__Capacity acting pursuant to policy or custom.__

COMPLAINT – 8

17. Defendant _ALAN LEE_ is a citizen of _Idaho_
(Name of first defendant)                          (State)
whose address is __IMSI__,

and who is employed as _Lieutenant at IMSI_.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer if "Yes," briefly explain: _Employee of_

_the State of Idaho. He is sued in his individual and/or official_

_capacity acting pursuant to policy or custom._

18. Defendant _VERNON GREENLAND_ is a citizen of _Idaho_
(Name of second defendant)                        (State)
whose address is _IMSI_,

and who is employed as _Lieutenant at IMSI_.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain: _Employee: of_

_the State of Idaho. He is sued in his individual and/or official_

_capacity acting pursuant to policy or custom._

19. Defendant _DOROTHY RICHARDSON_ is a citizen of _Idaho_
(Name of second defendant)                        (State)
whose address is _IMSI_,

and who is employed as _Sergent at IMSI_.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain: _Employee of_

_the State of Idaho. He is sued in his individual capacity._

COMPLAINT — 9

20. Defendant ___GUY JENKINS___ is a citizen of ___Idaho___
(Name of first defendant)                     (State)

whose address is ___IMSI___,

and who is employed as ___Sergeant at IMSI___.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_Yes ___No. If your answer if "Yes," briefly explain: ___Employee of___

___the State of Idaho. He is sued in his individual (and/or official capacity___

___capacity as it relates to injunction)___

21. Defendant ___SARAH LINK___ is a citizen of ___Idaho___
(Name of second defendant)                     (State)

whose address is ___IMSI___,

and who is employed as ___Sergeant at IMSI___.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_Yes ___No. If your answer is "Yes," briefly explain: ___Employee of___

___the State of Idaho. She is sued in her individual capacity.___

22. Defendant ___JARED MORRISON___ is a citizen of ___Idaho___
(Name of second defendant)                     (State)

whose address is ___IMSI___,

and who is employed as ___Sergeant at IMSI___.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_Yes ___No. If your answer is "Yes," briefly explain: ___Employee of___

___the State of Idaho. He is sued in his individual capacity.___

COMPLAINT -10

23, Defendant __ALICIA CARVER__ is a citizen of __Idaho__
(Name of first defendant)                                    (State)

whose address is __~~See~~ IMSI__,

and who is employed as __Sergeant at IMSI__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? __X__ Yes ____ No. If your answer if "Yes," briefly explain: __Employee of__

__the State of Idaho. She is sued in her individual capacity__

__(and/or official capacity as it related to injunction)__

24, Defendant __JENNIFER BAZER__ is a citizen of __Idaho__
(Name of second defendant)                              (State)

whose address is __IMSI__,

and who is employed as __Sergeant at IMSI__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? __X__ Yes ____ No. If your answer is "Yes," briefly explain: __Employee of__

__the State of Idaho. She is sued in her individual capacity__

25, Defendant __L.    Young__ is a citizen of __Idaho__
(Name of second defendant)                          (State)

whose address is __1299 N. Orchard          Boise, Idaho 83706__

and who is employed as __Unknown to plaintiff at this time__.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? __X__ Yes ____ No. If your answer is "Yes," briefly explain: __Employee of__

__the State of Idaho. He/She is sued in his/her individual capacity.__

COMPLAINT — 10

26. Defendant SHANNON NICHOLS is a citizen of Idaho
(Name of first defendant)                          (State)
whose address is IMSI

and who is employed as Mental Health Provider ~~at the State~~
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer if "Yes," briefly explain: Employee of

the State of Idaho. She is sued in her individual capacity (and/or

official capacity related to PREA removal).

27. Defendant VICKY HANSEN is a citizen of Idaho
(Name of second defendant)                          (State)
whose address is IMSI

and who is employed as Mental Health Provider
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. She is sued in her individual capacity (and/or

official capacity related to PREA removal.)

28. Defendant KIM SPAULDING is a citizen of Idaho
(Name of second defendant)                          (State)
whose address is IMSI

and who is employed as Technical Record Specialist
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. She is sued in her individual capacity.

COMPLAINT — 12

29. Defendant _AMBROSE RICHARDSON_ is a citizen of _Idaho_
(Name of first defendant)                                    (State)

whose address is _Unknown to plaintiff at this time._ ,

and who is employed as _unknown to plaintiff at this time_ .
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _✓_ Yes ___ No. If your answer if "Yes," briefly explain: _Employee of_

_the State of Idaho. He is sued in his individual capacity._

30. Defendant _GARTH LYONS_ is a citizen of _Idaho_
(Name of second defendant)                                    (State)

whose address is _IDMSI_ ,

and who is employed as _Psycho Social Rehabilitation Specialist at DMSI._
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _✗_ Yes ___ No. If your answer is "Yes," briefly explain: _Employee of_

_the State of Idaho. He is sued in his individual capacity._

31. Defendant _DAVID VEHLOW_ is a citizen of _Idaho_
(Name of second defendant)                                    (State)

whose address is _DMSI_ ,

and who is employed as _Psycho Social Rehabilitation Specialist at DMSI_
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _✓_ Yes ___ No. If your answer is "Yes," briefly explain: _Employee of_

_the State of Idaho, He is sued in his individual capacity._

COMPLAINT - 13.

32. Defendant GLENN MCNALLY is a citizen of Idaho
(Name of first defendant)                                  (State)
whose address is IMSI

and who is employed as a Correctional officer at IMSI
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer if "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual capacity.

33. Defendant GAGE BROCK is a citizen of Idaho
(Name of second defendant)                                (State)
whose address is IMSI

and who is employed as a Correctional officer at IMSI
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. He is sued in his individual capacity

34. Defendant ADREA THOMAS is a citizen of Idaho
(Name of second defendant)                                (State)
whose address is IMSI

and who is employed as a Correctional officer at IMSI
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? X Yes ___ No. If your answer is "Yes," briefly explain: Employee of

the State of Idaho. She is sued in her individual capacity.

COMPLAINT - 14

35. Defendant _SHAWN TOPP_ is a citizen of _Idaho_
(Name of first defendant)                                                      (State)

whose address is _DUST_ ,

and who is employed as _Correctional officer at DUST_ .
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _✓_ Yes ___ No. If your answer if "Yes," briefly explain: _employee of_

_the State of Idaho. He is sued in his individual capacity._

36. Defendant _Justin May_ is a citizen of _Idaho_
(Name of second defendant)                                                   (State)

whose address is _DUST_ ,

and who is employed as _Correctional officer at DUSE_ .
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _✓_ Yes ___ No. If your answer is "Yes," briefly explain: _employee of_

_the State of Idaho. He is sued in his individual capacity._

37. Defendant _Mark Aiello_ is a citizen of _Idaho_
(Name of second defendant)                                                   (State)

whose address is _DUST_ ,

and who is employed as _as a correctional sergeant at DUST_ .
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _✓_ Yes ___ No. If your answer is "Yes," briefly explain: _employee of_

_the state of Idaho. He is sued in his individual capacity._

COMPLAINT — 15 (1)
COMPLAINT

35.1    Defendant __Kim Bausch__ is a citizen of __Idaho__
    (Name of first defendant)                    (State)
whose address is __IMSI__ ,

and who is employed as __a grievance coordinator at IMSI__ .
    (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer if "Yes," briefly explain: __Employee__

__of the State of Idaho, She is sued in her individual capacity,__

38.2    Defendant __HORACE Steward__ is a citizen of __Idaho__
    (Name of second defendant)                    (State)
whose address is __IMSI__ ,

and who is employed as __Correctional officer at IMSI__ .
    (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain: __employee__

__of the State of Idaho. He is sued in his individual capacity,__

38.3    Defendant __Jimmy    Christy__ is a citizen of __Idaho__
    (Name of second defendant)                    (State)
whose address is __IMSI__ ,

and who is employed as __Correctional officer at IMSI__ .
    (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain: __employee__

__of the State of Idaho. He is sued in his individual capacity.__

COMPLAINT - 15 (2)